MARY CICCOTTO, Appellant, v. CHARLES CICCOTTO, Respondent.— Order denying motion for temporary alimony and counsel fees reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The amount of temporary alimony is fixed at ten dollars per week, commencing June 27, 1940, and counsel fee is fixed at $100, to be paid within ten days after the entry of the order hereon. In addition, the defendant shall also pay twenty-five dollars for the note of issue and trial fee. In the opinion of the court, it was an improper exercise of discretion to deny the motion. This case should be tried forthwith. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur. Settle order on notice.

ISIDOR HELLER, Appellant, v. HENRIETTA HELLER or HENRIETTA RAIDMAN, Respondent.— Plaintiff appeals from an order allowing the defendant a counsel fee of $350, to oppose an appeal taken by the plaintiff to the Court of Appeals from an order of this court affirming a dismissal of the plaintiff's complaint in an action to annul his marriage. Order affirmed, with ten dollars costs and disbursements; the counsel fee awarded to be paid within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ., concur.

EUGENE R. HURLEY, Trustee in Bankruptcy of JOHN P. WICK and JOSEPH CHRISTOPHER WICK, Appellant, v. ROSE WICK, Wife of JOHN P. WICK, Bankrupt, E. W. M., INC., WILLIAM F. MILLER, BARBARA WICK, Mother of JOHN P. WICK and JOSEPH C. WICK, Bankrupts, BARBARA WICK, INC., WICK's FLORIST, INC., VIOLETTE B. WICK, Wife of JOSEPH C. WICK, Bankrupt, Respondents.— Action by the trustee in bankruptcy to set aside transfers alleged to have been made by the bankrupts in fraud of creditors. After trial by the court without a jury, judgment was rendered in favor of respondents. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ,